JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEMINTER,<br><br>         Petitioner,<br><br>   vs.<br><br>FRANCISCO JACQUEZ,<br>Warden,<br><br>         Respondent. | Case No. CV 09-5689-AG (DTB)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: January 31, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1